### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SATCO PRODUCTS, INC.<br><br>                        *Plaintiff,*<br>v.<br><br>THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA<br><br>                        *Defendant.* | Civil Action No. 2:19-cv-6444-ENV-JAM |

### **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

      Plaintiff Satco Products, Inc. ("Satco") and Defendant The Regents of the University of California ("The Regents") (collectively, the "Parties") hereby file this Stipulation of Dismissal Without Prejudice in connection with the above-captioned action ("Action").

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and subject to the terms of this stipulation and the Parties' executed agreement ("Agreement"), the Parties hereby stipulate and agree to the dismissal without prejudice of the Action, including all complaints, claims, defenses, counterclaims, counts, and prayers for relief asserted or stated therein by or against any and all Parties thereto.

      Pursuant to the Parties' Agreement, Satco preserves its rights with respect to certain claims and defenses that it has asserted in this Action, or may have asserted in this Action, so it may potentially assert them in a subsequent action or legal proceeding.

      The Parties shall bear their own attorneys' fees, expenses, and costs incurred in connection with this Action.

|  |  |
|---|---|
| Dated: March 15, 2024 | Respectfully submitted, |

| | |
|---|---|
| */s/ Scott J. Bornstein* | */s/ Joshua J. Pollack* |
| Scott J. Bornstein | Shawn G. Hansen |
| Brian J. Prew | Seth D. Levy |
| Kathryn E. Albanese | Joshua J. Pollack |
| **GREENBERG TRAURIG, LLP** | Erin Huntington |
| One Vanderbilt Avenue | **NIXON PEABODY LLP** |
| New York, NY 10017 | 300 S. Grand Avenue, Suite 4100 |
| Telephone: (212) 801-9200 | Los Angeles, California 90071 |
| bornsteins@gtlaw.com | (213) 629-6000 |
| prewb@gtlaw.com | shansen@nixonpeabody.com |
| katie.albanese@gtlaw.com | slevy@nixonpeabody.com |
|  | jpollack@nixonpeabody.com |
| Nicholas A. Brown | ehuntington@nixonpeabody.com |
| **GREENBERG TRAURIG, LLP** |  |
| 101 Second Street, Suite 2200 | ***Attorneys for Defendant*** |
| San Francisco, CA 94105 |  |
| Telephone: (415) 655-1271 |  |
| brownn@gtlaw.com |  |

Robert P. Lynn, Jr.
Tiffany D. Frigenti
**LYNN GARTNER DUNNE & FRIGENTI, LLP**
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com
tdfrigenti@lgdlaw.com

***Attorneys for Plaintiff***