**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SATCO PRODUCTS, INC. | |
| *Plaintiff*, | |
| v. | Civil Action No. 2:19-cv-6444-ENV-JAM |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | |
| *Defendant*. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Satco Products, Inc. ("Satco") and Defendant The Regents of the University of California ("The Regents") (collectively, the "Parties") hereby file this Stipulation of Dismissal Without Prejudice in connection with the above-captioned action ("Action").

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and subject to the terms of this stipulation and the Parties' executed agreement ("Agreement"), the Parties hereby stipulate and agree to the dismissal without prejudice of the Action, including all complaints, claims, defenses, counterclaims, counts, and prayers for relief asserted or stated therein by or against any and all Parties thereto.

Pursuant to the Parties' Agreement, Satco preserves its rights with respect to certain claims and defenses that it has asserted in this Action, or may have asserted in this Action, so it may potentially assert them in a subsequent action or legal proceeding.

The Parties shall bear their own attorneys' fees, expenses, and costs incurred in connection with this Action.

Dated: March 15, 2024                           Respectfully submitted,

*/s/ Scott J. Bornstein*                         */s/ Joshua J. Pollack*
Scott J. Bornstein                               Shawn G. Hansen
Brian J. Prew                                    Seth D. Levy
Kathryn E. Albanese                              Joshua J. Pollack
**GREENBERG TRAURIG, LLP**                       Erin Huntington
One Vanderbilt Avenue                            **NIXON PEABODY LLP**
New York, NY 10017                               300 S. Grand Avenue, Suite 4100
Telephone: (212) 801-9200                        Los Angeles, California 90071
bornsteins@gtlaw.com                             (213) 629-6000
prewb@gtlaw.com                                  shansen@nixonpeabody.com
katie.albanese@gtlaw.com                         slevy@nixonpeabody.com
                                                 jpollack@nixonpeabody.com
                                                 ehuntington@nixonpeabody.com
Nicholas A. Brown
**GREENBERG TRAURIG, LLP**                       *Attorneys for Defendant*
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1271
brownn@gtlaw.com

Robert P. Lynn, Jr.
Tiffany D. Frigenti
**LYNN GARTNER DUNNE & FRIGENTI, LLP**
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com
tdfrigenti@lgdlaw.com

*Attorneys for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: ___3/18/2024___

/s/ *Eric N. Vitaliano*

**Eric N. Vitaliano**
**United States District Judge**

The Clerk of Court is directed to close this case.