IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SATCO PRODUCTS, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA<br><br>*Defendant.* | Civil Action No. 2:19-cv-6444-ENV-JAM |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Satco Products, Inc. ("Satco") and Defendant The Regents of the University of California ("The Regents") (collectively, the "Parties") hereby file this Stipulation of Dismissal Without Prejudice in connection with the above-captioned action ("Action").

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and subject to the terms of this stipulation and the Parties' executed agreement ("Agreement"), the Parties hereby stipulate and agree to the dismissal without prejudice of the Action, including all complaints, claims, defenses, counterclaims, counts, and prayers for relief asserted or stated therein by or against any and all Parties thereto.

Pursuant to the Parties' Agreement, Satco preserves its rights with respect to certain claims and defenses that it has asserted in this Action, or may have asserted in this Action, so it may potentially assert them in a subsequent action or legal proceeding.

The Parties shall bear their own attorneys' fees, expenses, and costs incurred in connection with this Action.

| | |
|---|---|
| Dated: March 15, 2024 | Respectfully submitted, |

/s/ *Scott J. Bornstein*  
Scott J. Bornstein  
Brian J. Prew  
Kathryn E. Albanese  
**GREENBERG TRAURIG, LLP**  
One Vanderbilt Avenue  
New York, NY 10017  
Telephone: (212) 801-9200  
bornsteins@gtlaw.com  
prewb@gtlaw.com  
katie.albanese@gtlaw.com  

Nicholas A. Brown  
**GREENBERG TRAURIG, LLP**  
101 Second Street, Suite 2200  
San Francisco, CA 94105  
Telephone: (415) 655-1271  
brownn@gtlaw.com  

Robert P. Lynn, Jr.  
Tiffany D. Frigenti  
**LYNN GARTNER DUNNE & FRIGENTI, LLP**  
330 Old Country Road, Suite 103  
Mineola, New York 11501  
Telephone: (516) 742-6200  
rplynn@lgdlaw.com  
tdfrigenti@lgdlaw.com  

**Attorneys for Plaintiff**

/s/ *Joshua J. Pollack*  
Shawn G. Hansen  
Seth D. Levy  
Joshua J. Pollack  
Erin Huntington  
**NIXON PEABODY LLP**  
300 S. Grand Avenue, Suite 4100  
Los Angeles, California 90071  
(213) 629-6000  
shansen@nixonpeabody.com  
slevy@nixonpeabody.com  
jpollack@nixonpeabody.com  
ehuntington@nixonpeabody.com  

**Attorneys for Defendant**

Application Granted  
SO ORDERED  
Brooklyn, New York  
Dated: 3/18/2024  

/s/ *Eric N. Vitaliano*  
Eric N. Vitaliano  
United States District Judge  

The Clerk of Court is directed to close this case.

2